UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



MORTICIA L. PIERCE

VERSUS      CIVIL ACTION NO.: 09-284-JVP-SCR

DR. SHARON HUFFMAN, ET AL

## JUDGMENT

For written reasons assigned and filed herein;

**IT IS ORDERED** that judgment is hereby entered in favor of defendant, City of Plaquemine, and against the plaintiff, Morticia L. Pierce, and this action is hereby **DISMISSED**.

Baton Rouge, Louisiana, September 28, 2009.

RALPH E. TYSON, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA